# United States District Court
# Central District of California

| | |
|---|---|
| AMTRUST AT LLOYD'S LTD,<br><br>             Plaintiff,<br><br>     v.<br><br>MARQISE LEE;<br><br>             Defendants. | Case No. 2:16-cv-02622-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 50), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **on or before June 22, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

May 24, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**